**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Case No. 20-cr-00386-RM

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

ALMUNDO CRUZ SINGER,

     Defendant.

---

**ORDER REGARDING REQUEST FOR MODIFICATION
OF THE CONDITIONS OF SUPERVISION**

---

THIS MATTER is before the Court upon request by the probation officer to modify conditions of supervised release on the above-named defendant.

HAVING considered the probation officer's petition, the Court:

ORDERS the defendant's terms of supervision be modified to include the following special conditions:

You must reside in a residential reentry center (RRC) for a period of up to 180 days, to commence upon release from confinement or upon the first available vacancy at an RRC and must observe the rules of that facility.

FURTHER ORDERS that all terms and conditions of supervision previously imposed remain in full force and effect.

DATED this 25th day of May, 2021.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge