(10/17-D/CO)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

U. S. A. vs. ALMUNDO CRUZ SINGER          Docket Number: 1:20CR00386-1

## PETITION FOR WARRANT ON PERSON UNDER SUPERVISION

COMES NOW, Laura D. Ansart, probation officer of the court, presenting an official report upon the conduct and attitude of ALMUNDO CRUZ SINGER who was placed on supervision with Court ordered conditions of release by the Honorable M. Christina Armijo sitting in the court at Albuquerque, New Mexico, on the 16th day of September, 2015. The probation officer alleges the defendant has violated the following terms and conditions of release/supervision as set forth herein.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

**Violation(s) Alleged:** Failure to Reside In/Comply With Rules of the Residential Reentry Center (RRC)

On or about June 1, 2021, at approximately 7:15 a.m., the defendant failed to return as scheduled to Independence House South Federal, a residential re-entry center (RRC), which constitutes a Grade C violation of supervised release.

On December 8, 2020, jurisdiction of this case was accepted in the District of Colorado. On May 25, 2021, a Petition to Modify Conditions of Supervised Release was filed advising that the defendant had violated the conditions of supervised release by failing to submit to drug screens, submitting positive drug screens for marijuana, and admission of alcohol consumption over the past month. The defendant had also experienced recent instability in his residence and had become homeless after his sister would no longer permit him to reside with her. On the same date, an order for placement in an RRC was entered.

The defendant began placement at Independence South Federal on May 31, 2021. He was permitted to leave the facility for the purpose of employment with a scheduled return time of 7:15 a.m. on June 1, 2021. At approximately 9:30 a.m. on this date, RRC staff advised that they were initiating absconder procedures as the defendant had not returned as scheduled and they had not had communication with the defendant since approximately 7:17 a.m. At approximately 4:16 p.m., RRC staff advised that they were unable to locate the defendant, that the defendant had made no further contact with the facility, and they were terminating his placement. Probation staff has also been unable to contact the defendant and his whereabouts are currently unknown.

RESPECTFULLY REQUESTING THAT THE COURT WILL ORDER the issuance of a warrant due to violations of supervision and that the petition and warrant be sealed until the defendant's arrest.

ORDER OF THE COURT

Considered and ordered this 1st day of June, 2021, and ordered filed sealed and made a part of the record in the above case.

_____
U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

s/ Laura D. Ansart
Probation Officer

Place: Denver, Colorado

Date: June 1, 2021