# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No: 20-cr-00386-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ALMUNDO CRUZ SINGER

      Defendant.

---

## ENTRY OF APPEARANCE OF COUNSEL

---

To:      The clerk of court and all parties of record

      I hereby certify that I am a member in good standing of the bar of this

court, and I appear in this case as counsel for the United States of America.

      DATED in Denver, Colorado this 8th day of June, 2021.


                         MATTHEW T. KIRSCH
                         ACTING UNITED STATES ATTORNEY


By:    *s/ Andrea Surratt*
         Andrea Surratt
         Assistant United States Attorney
         United States Attorney's Office
         1801 California Street, Suite 1600
         Denver, Colorado 80202
         Telephone: 303-454-0124
         Email: andrea.surratt@usdoj.gov
         Attorney for the Government

## **CERTIFICATE OF SERVICE**

I certify that on this 8th day of June, 2021, I electronically filed the foregoing **Entry of Appearance** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.


By:  *s/ Danielle Storinsky*
Legal Assistant
United States Attorney's Office