IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 20-cr-00386-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALMUNDO CRUZ SINGER,

    Defendant.

---

**NOTICE OF APPEARANCE**

---

The Office of the Federal Public Defender, through Assistant Federal Public Defender Matthew K. Belcher, enters its appearance on behalf of the Defendant, Almundo Cruz Singer.

    Respectfully submitted,

    VIRGINIA L. GRADY
    Federal Public Defender

    /s/ Matthew K. Belcher
    MATTHEW K. BELCHER
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, Colorado  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Email:  Matthew_Belcher@fd.org
    Attorney for Defendant

## CERTIFICATE OF SERVICE

I certify that on June 9, 2021, I electronically filed the foregoing *Notice of Appearance* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email address:

    Andrea Lee Surratt, Assistant U.S. Attorney
    Email:  andrea.surratt@usdoj.gov

    J.D. Rowell, Assistant U.S. Attorney
    Email:  jd.rowell@usdoj.gov

and I will serve the document or paper to the following non-CM/ECF participant in the manner indicated:

    Almundo Cruz Singer
    via mail

    /s/ Matthew K. Belcher
    MATTHEW K. BELCHER
    Assistant Federal Public Defender
    Office of the Federal Public Defender