AO 442 (Rev. 11/11) Arrest Warrant

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2021 JUN -9 PM 1:55

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

# UNITED STATES DISTRICT COURT
for the
District of Colorado

United States of America
v.

**ALMUNDO CRUZ SINGER**

*Defendant*

Case No.   1:20CR00386-1

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   ALMUNDO CRUZ SINGER  ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Failure to Reside In/Comply With Rules of the Residential Reentry Center (RRC)

Date:   06/01/2021

*Issuing officer's signature*

City and state:   Denver, Colorado

Magistrate Judge S. Kato Crews
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 06/01/2021 , and the person was arrested on *(date)* 06/07/2021
at *(city and state)* DENVER, CO .

Date: 06/07/2021

*Arresting officer's signature*

ALEXANDER MUMFORD   DUSM
*Printed name and title*