IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 20-cr-00386-RM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ALMUNDO CRUZ SINGER,

       Defendant.

---

**NOTICE TO COURT**

---

TO THE HONORABLE JUDGE OF SAID COURT:

    COMES NOW the Defendant, Almundo Singer, through his attorney of record, Assistant Federal Public Defender Matthew K. Belcher, and, pursuant to this Court's Order (Doc. # 18), hereby submits this Notice to Court, and would show as follows:

    **I.**    **Final Revocation Hearing:**

    At the Final Revocation Hearing, Mr. Singer intends to admit all of the alleged violations set forth in the Superseding Petition (Doc. # 19), except for alleged violation # 9.

    **II.**    **Sentencing:**

    Mr. Singer requests that the Court impose a sentence of three months' imprisonment, followed by two years of supervision, with the conditions recommended by Probation in their Violation Report (Doc. # 20). While the government is likely to agree to proceed on the violations that Mr. Singer is willing to admit, thus avoiding a contested hearing, it will not commit to it at this time having been unsuccessful in getting probation's view prior to today's filing deadline.

Despite being released from prison during the middle of a global pandemic, Mr. Singer was quickly able to secure not one, but two jobs. These jobs, one at a moving company, the other at an Amazon warehouse, had him working seven days a week. The job at Amazon was a graveyard shift that required Mr. Singer to work from 5:00 p.m. to 4:30 a.m., Saturday through Tuesday. He worked at the moving company the remainder of the week. Mr. Singer was proud of these achievements.

However, reflecting on where he went wrong during his initial term of supervision, Mr. Singer has realized that he focused too much on his employment and not enough on his other obligations. Additionally, Mr. Singer has recognized that he did not properly process and grieve his mother's untimely passing in January 2021. Instead, he focused on his two jobs and occasionally smoked marijuana to avoid addressing the tragic loss of his mother, as well as the mental and emotional turmoil he was experiencing. Mr. Singer intends to address these issues through mental health treatment when released from custody.

Mr. Singer readily acknowledges his failures and is looking forward to proving to himself and his family that he is able to succeed during his second term of supervision. A sentence of three months is sufficiently punitive to address the non-violent, technical violations. Mr. Singer does not need to serve an additional three months in federal prison to appreciate the need to follow all terms of his federal supervision. Instead, Mr. Singer's success pivots on the availability of both substance abuse and mental health treatment and, importantly, his willingness to participate in those programs to address the underlying issues related to the tragic nature of his prior conviction and the untimely passing of his mother, which are issues that would not be addressed during an additional three month stint in a federal prison.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


/s/ Matthew K. Belcher
MATTHEW K. BELCHER
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, Colorado 80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Email:  Matthew_Belcher@fd.org
Attorney for Defendant

CERTIFICATE OF SERVICE

      I certify that on August 13, 2021, I electronically filed the foregoing *Notice to Court* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email address:

    Andrea Lee Surratt, Assistant U.S. Attorney
    Email: andrea.surratt@usdoj.gov

    J.D. Rowell, Assistant U.S. Attorney
    Email: jd.rowell@usdoj.gov

and I will serve the document or paper to the following non-CM/ECF participant in the manner indicated:

    Almundo Cruz Singer
    via mail

                                    /s/ Matthew K. Belcher
                                    MATTHEW K. BELCHER
                                    Assistant Federal Public Defender
                                    Office of the Federal Public Defender