**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Raymond P. Moore**

Criminal Case No. 20-cr-00386-RM

UNITED STATES OF AMERICA,

Plaintiff,

v.

ALMUNDO CRUZ SINGER,

    Defendant.

_____

**ORDER REGARDING REQUEST FOR MODIFICATION
OF THE CONDITIONS OF SUPERVISION**
_____

    THIS MATTER is before the Court upon request by the probation officer to modify conditions of supervised release on the above-named defendant.

    HAVING considered the probation officer's petition, the Court:

    ORDERS the defendant's terms of supervision be modified to include the following special conditions:

1.     Unless medically contraindicated, the defendant shall ingest a monitored substance abuse prevention medication, as prescribed by the treatment provider. The defendant may be required to pay the cost of medication as directed by the probation officer.

FURTHER ORDERS that all terms and conditions of supervision previously imposed remain in full force and effect.

Dated this 19th day of July, 2023.

BY THE COURT:

_____
RAYMOND P. MOORE
Senior United States District Judge