IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Raymond P. Moore

Criminal Case No. 20-cr-00386-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALMUNDO CRUZ SINGER,

    Defendant.

_____

**ORDER REGARDING VIOLATIONS OF CONDITIONS OF SUPERVISED RELEASE**
_____

    THIS MATTER is before the Court upon request by the probation officer to initiate revocation proceedings due to violation(s) of the conditions of supervision.

    HAVING considered the probation officer's petition, the Court

__X__ ORDERS the issuance of an arrest warrant.

_____ ORDERS the issuance of a summons.

_____ DENIES the request.

    Dated this 5th day of October, 2023.

                                              BY THE COURT:

                                              _____
                                              RAYMOND P. MOORE
                                              Senior United States District Judge