AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Colorado

| | |
|---|---|
| United States of America<br>v.<br>ALMUNDO CRUZ SINGER<br><br><br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) |

Case No.   20-cr-00386-RM

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   ALMUNDO CRUZ SINGER                                                                ,

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment          ❏ Superseding Indictment     ❏ Information     ❏ Superseding Information     ❏ Complaint

❏ Probation Violation Petition     ☑ Supervised Release Violation Petition     ❏ Violation Notice     ❏ Order of the Court

This offense is briefly described as follows:

1) Failure to Follow Instructions of the Probation Officer
2-4) Failure to Notify Probation officer of Change in Residence
5) Failure to Notify Probation Officer of Change in Employment
6-10) Possession and Use of a Controlled Substance
11) Failure to Pay Restitution as Directed
12) Failure to Participate in Substance Abuse or Mental Health Treatment as Directed by the PO
13) Failure to Participate in Substance Abuse Testing as Directed by the PO
14) Failure to Take Substance Abuse Prevention Medication as Directed                      ➕

Date:   10/5/2023                                               s/C. Pearson, Deputy Clerk
                                                             _____
                                                                    *Issuing officer's signature*

City and state:   Denver, Colorado                             Jeffrey Colwell, Clerk of Court
                                                             _____
                                                                    *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ .<br><br>Date: _____                              _____<br>                                                                    *Arresting officer's signature*<br><br>                                                                    _____<br>                                                                    *Printed name and title* |

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

_____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____     Weight: _____

Sex: _____     Race: _____

Hair: _____     Eyes: _____

Scars, tattoos, other distinguishing marks: _____

_____

History of violence, weapons, drug use: _____

_____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

_____

FBI number: _____

Complete description of auto: _____

_____

Investigative agency and address: _____

_____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: ____

_____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____

_____

_____