IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 20-cr-00386-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALMUNDO CRUZ SINGER,

    Defendant.

---

### NOTICE OF APPEARANCE

---

The Office of the Federal Public Defender, through Assistant Federal Public Defender Matthew K. Belcher, enters its appearance on behalf of the Defendant, Almundo Cruz Singer.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

*/s/ Matthew K. Belcher*
MATTHEW K. BELCHER
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, Colorado 80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Email: Matthew_Belcher@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

      I certify that on October 6, 2023, I electronically filed the foregoing *Notice of Appearance* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email address:

    Andrea Lee Surratt, Assistant U.S. Attorney
    Email:  andrea.surratt@usdoj.gov

and I will serve the document or paper to the following non-CM/ECF participant in the manner indicated:

    Almundo Cruz Singer (via mail)


                              */s/ Matthew K. Belcher*
                              MATTHEW K. BELCHER
                              Assistant Federal Public Defender
                              Office of the Federal Public Defender